**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-7398**

———

RANDOLPH ASHFORD,

               Plaintiff - Appellant,

      v.

ANGELA GORDON; KELVIN MYERS; KISHA LINNEN; KELVIN WILLIAMS;
GEORGE J. AMONITTI, et al sued in their individual
capacities,

               Defendants - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Joseph F. Anderson, Jr., Senior
District Judge.  (0:13-cv-01113-JFA)

———

Submitted: December 18, 2014     Decided: December 23, 2014

———

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Randolph Ashford, Appellant Pro Se.  Eugene Matthews, C. Cliff
Rollins, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South
Carolina; Lydia L. Magee, Marian Williams Scalise, RICHARDSON,
PLOWDEN & ROBINSON, PA, Myrtle Beach, South Carolina, for
Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Ashford appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ashford v. Gordon, No. 0:13-cv-01113-JFA (D.S.C. Sept. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED